TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
PENELOPE J. BRADY
Assistant United States Attorney
400 South Virginia, Suite 900
Reno, Nevada 89501
Phone: (775) 784-5438
Penelope.Brady@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RC CRUTCHER,<br><br>                    Defendant. | Case No. 3:25-cr-00008-ART-CSD<br><br>**STIPULATION**<br>**INITIAL APPEARANCE ON FEDERAL CHARGES**<br><br>Government's Exhibit 11 |

The United States of America, by and through its counsel Penelope Brady, Assistant United States Attorney, and defendant RC Crutcher, by and through his counsel Allie Wilson, Assistant Federal Public Defender, hereby knowingly and willingly stipulate to the following facts:

1. On March 11, 2025 from 3:08 p.m. until 3:28 p.m., RC CRUTCHER was present in District of Nevada federal court for the first time on this case.

2. During that federal court appearance, RC CRUTCHER was informed by the judge that:

1

1  a. He was charged by federal indictment, case number 3:25-cr-00008-ART-CSD, with one count of Assault of an Intimate Partner by Attempting to Strangle within Indian Country for allegedly assaulting B▮▮▮ T▮▮▮; and

  b. His trial on that federal indictment was scheduled for May 6, 2025.

3. The trial was later rescheduled for November 17, 2025.

4. A federal trial in the United States District Court, District of Nevada, is an official federal proceeding.

5. This stipulation is admissible in evidence at trial as Government's Exhibit 11.

The parties have agreed to these facts and the admission of evidence and therefore agree these facts and evidence as have been proved beyond a reasonable doubt.

DATED: November 16, 2025

Respectfully submitted,

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Penelope J. Brady*
PENELOPE J. BRADY
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Allie Wilson*
ALLIE WILSON
Assistant Federal Public Defender

SO ORDERED:
  November 18, 2025
_____

_____
Honorable Anne R. Traum
United States District Judge

2