**United States District Court**
**District of Nevada**

United States of America,

Plaintiff,

v.

RC Crutcher,

Defendant.

Case No. 3:25-cr-00008-ART-CSD-1

**Order Permitting Copies of**
**Non-Public Docket for Appellate**
**Purposes**

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for RC Crutcher and counsel for the United States of America. The parties shall not have access to the *ex parte* filings or *ex parte* hearings of either party.

Dated:  March 2, 2026.

_____
ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE